CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jason Edward Billingham**; DOB: 1973; United States<br>**Joshua Taylor Hack**; DOB: 1995; United States<br>**Christopher Warren**; DOB: 1997; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br><br>26-01714MJ |

Complaint for violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 17, 2026, in the District of Arizona, **Jason Edward Billingham, Joshua Taylor Hack, and Christopher Warren**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Beverlin Stephany Cruz-Raudales, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On March 17, 2026, in a district of Arizona (Bisbee), Border Patrol Agents (BPAs) were advised that other BPAs were conducting surveillance on a vehicle in Old Bisbee that was suspected of transporting an illegal alien (IA) from a location that is approximately a mile north of the International Border Barrier (IBB), east of Naco, Arizona. BPAs advised that the vehicle was captured on video footage, picking up a female individual and immediately fleeing the area. BPAs were notified that two subjects were entering the vehicle and driving east towards their location. BPAs obtained visual of the vehicle and observed it driving westbound on the main road located within Old Bisbee. BPAs initiated a vehicle stop, to conduct an immigration inspection on the occupants, of a White Toyota Camry bearing Arizona license plate number JAA283. Upon approaching the vehicle, BPAs noticed ripped camouflage in the rear passenger seat area that matched a previously captured image. BPAs believed that the two subjects in the vehicle had picked up one or more IAs but dropped them off before BPAs encountered the vehicle. BPAs proceeded to conduct an immigration inspection on the driver, **Christopher Warren,** and passenger, **Joshua Taylor Hack**. Both subjects were United States citizens. **Warren** and **Hack** were placed under arrest for suspicion of conspiracy to transport IAs.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Beverlin Stephany Cruz-Raudales

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL NAME and TITLE<br>Nick Piccolo<br>Border Patrol Agent |
|---|---|

Sworn by telephone __x__

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>March 18, 2026 |
|---|---|

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Chamblee

**Continued from front page.**                                                                    26-01714MJ

During an interview with the Brian A. Terry Border Patrol Station's Intelligence Collection Team (ICT), it was ascertained that the female subject, they were suspected of trying to transport, was being housed at a nearby hotel located in Bisbee, Arizona. **Hack** provided the hotel name and key, prompting concerns regarding her safety based on his responses. BPAs responded to the hotel to try and locate the female IA.   Upon arrival, BPAs knocked on the door of the room identified by **Hack**. A male subject, later identified as **Jason Billingham** opened the door. BPAs entered the hotel room to locate the female IA. BPAs observed a female on the bed, later identified as Beverlin Stephany Cruz-Raudales. Cruz admitted to being a citizen and national of Honduras. Record checks revealed Cruz does not possess the proper documentation to enter, pass through, or remain in the United States legally.

Material witness Beverlin Stephany Cruz-Raudales stated she is a citizen and national of Honduras. She made arrangements in Mexico to be smuggled into the United States and was going to pay $10,000 USD. She illegally crossed into the United States on March 17, 2026, at approximately 2:00 p.m. She was guided by phone and was instructed to hide in the desert and wait for further instructions. The guide told her that a white sedan was waiting close by to pick her up. She then ran to a nearby road where a white sedan was parked and facing eastbound.   When asked if there were already occupants in the vehicle, she stated there were three men, a young driver, one younger passenger in the front, and an older man sitting in the back seat. She sat in the back seat passenger seat next to him. They traveled into a town approximately 25 minutes from where they picked her up. They sat in the vehicle for a while before entering the hotel where she remained. The three men did not speak Spanish. The two younger men left the hotel and the older man stayed with her locked in the hotel room. When asked if she left the hotel at any time, she stated that she and the older man never left the hotel until BPAs came to the room and arrested them. Cruz was presented with three, six-pack photo lineups, and Cruz identified **Billingham, Hack, and Warren**, as the individuals who picked her up and transported her to the hotel.

After waiving his *Miranda* rights, **Joshua Taylor Hack** stated he is from Glendale, Arizona. He and two friends, **Chris** and **Jason**, departed from his home on March 16, 2026, to travel to Sierra Vista, Arizona, for Saint Patrick's Day celebrations. **Hack** described the vehicle they used as a white Toyota Hybrid Camry and mentioned that they spent the night in a hotel in Sierra Vista, Arizona with plans to continue to Bisbee, Arizona, the following day. **Hack** recounted that on March 17, 2026, at a gas station, an African American man approached them and offered them a job due to their apparent financial difficulties. This individual provided **Hack** with a burner smartphone. **Hack** stated he did not maintain communication with the man afterward. Subsequently, a different man contacted **Hack** on the burner smartphone, offering him and his companions $1,000 to pick up someone in Bisbee. **Hack** noted that at 4:30 p.m., while at the Speedway gas station in Bisbee, this individual guided him via the burner phone as to where to turn. In response to questions about the destination, **Hack** indicated that the man directed him out of Bisbee, through Lowell, Arizona.   **Hack** stated he could see the border wall. **Hack** indicated that the caller instructed him to park on the side of the road after reaching a bend. **Hack**, along with **Chris** and **Josh**, were in the vehicle, with **Hack** as the driver. After parking, **Hack** said a Hispanic woman emerged from the desert, entered their vehicle, and sat in the backseat. He confirmed that she was wearing camouflage and acknowledged that he considered the possibility of her being an IA. He stated that the individual he had communicated with instructed him to wait and promised to call back, but he never did. When asked about their actions following the pickup of the woman, **Hack** stated that he and **Chris** returned to Bisbee and secured a hotel room for the night. He indicated that **Jason** accompanied the Hispanic female to a nearby bar, which was the last known sighting of them. When questioned about an attempt to conceal the camouflage, **Hack** mentioned they were just discarding a car rag.

After waiving his *Miranda* rights, **Christopher Warren** stated he was sitting in the vehicle when they picked up the Hispanic female. He said he was in the passenger seat, **Jason** drove, and **Hack** sat in the rear seat along with the Hispanic female.